■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH L. JEMISON, Appellant. (Appeal No. 2.) [616 NYS2d 323f] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Green, J. P., Balio, Fallon, Callahan and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES L. SAY, JR., Appellant. [616 NYS2d 298] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Morton, J.—Felony Driving While Intoxicated.) Present—Green, J. P., Balio, Fallon, Callahan and Davis, JJ.

■ In the Matter of WILLIAM B. CORLEY, Appellant, v RAUL RUSSI, as Chairman of New York State Division of Parole, et al., Respondents. [616 NYS2d 268] —Appeal unanimously dismissed. Memorandum: This appeal has been rendered moot by petitioner's release on parole *(see, Matter of Wright v Rodriguez,* 173 AD2d 1078; *see also, People ex rel. Guggenheim v Mucci,* 31 NY2d 957; *Matter of Smith v Newberry,* 154 AD2d 941, *lv denied* 75 NY2d 705). Because this proceeding does not raise an issue likely to escape judicial review, it presents no exception to the mootness doctrine *(see, Matter of Wright v Rodriguez, supra; Matter of Smith v Newberry, supra).* (Appeal from Judgment of Supreme Court, Livingston County, Houston, J.—Article 78.) Present—Green, J. P., Balio, Fallon, Callahan and Davis, JJ.